# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2019

## NO. 03-17-00694-CR

**Jerel Smith, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND TRIANA
## AFFIRMED IN PART; REVERSED AND VACATED IN PART --
## OPINION BY JUSTICE GOODWIN

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment of conviction for aggravated assault with a deadly weapon but there was reversible error in the court's judgment of conviction for aggravated assault causing serious bodily injury. The Court affirms the judgment of conviction for aggravated assault with a deadly weapon. We reverse and vacate the judgment of conviction for aggravated assault causing serious bodily injury. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.